IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
: 
ALAN E. JONES, DAVID BIRCHENALL, :
and DOUGLAS GORDON, :
: C.A. No. 13-1094 LPS
:
Plaintiffs, :
:
-against- :
:
:
DRIVESENTRY, INC., :
:
Defendant. :
---------------------------------------x

## STIPULATED CONSENT ORDER AND JUDGMENT

Plaintiffs Alan E. Jones, David Birchenall and Douglas Gordon ("Plaintiffs") and Defendant DriveSentry, Inc. ("DriveSentry" or "Defendant"), constituting all of the parties (the "Parties") to the herein action, do hereby STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, Plaintiffs commenced this action by the filing of a complaint against DriveSentry alleging unpaid and outstanding loan amounts due and owing from DriveSentry to Plaintiffs pursuant to the terms of certain written loan and security agreements ("Agreements") between the Parties (the "Loans");

WHEREAS, the complaint further alleges that Defendant's obligations to repay the Loans are secured by its grant of security interests to Plaintiffs in certain assets described in the Agreements as more fully set forth in the complaint;

1

WHEREAS, DriveSentry has executed a waiver of service of the summons and complaint in this action and has consented to and admitted the jurisdiction of this Court over the Defendant and the subject matter of this action;

WHEREAS, the Parties have agreed to resolve all matters in controversy in this action between them with respect to DriveSentry's liability to the Plaintiffs for the repayment of the Loans as alleged in the complaint and as to the amounts due and owing from DriveSentry to each of the Plaintiffs with respect to the outstanding and unpaid loans and interest accrued and due thereunder; and

WHEREAS, the Parties do now consent to the entry of this Consent Order and Judgment by the Court as follows:

**NOW THEREFORE**, upon consideration of the record herein, and as agreed to by the Parties, the Court finds that it has jurisdiction to enter this Consent Order and Judgment, and being fully advised of the premises, it is **ORDERED, ADJUDGED and DECREED** that:

1. Plaintiffs are awarded judgment on the Complaint as follows:

    A. On the First Cause of Action Plaintiff Alan E. Jones is awarded judgment in his favor and against Defendant DriveSentry, Inc. in the principal amount of $170,000.00; and is further awarded judgment for unpaid and accrued interest on said principal amount of $170,000.00 to be calculated at the contract rate of 8% per annum commencing on June 25, 2007 through the date of payment thereof.

    B. On the Second Cause of Action Plaintiff David Birchenall is awarded judgment in his favor and against Defendant DriveSentry, Inc. in the principal amount of $100,000.00; and is further awarded judgment for unpaid and accrued interest on said principal

amount of $100,000.00 to be calculated at the contract rate of 8% per annum commencing on June 25, 2007 through the date of payment thereof.

   C.  On the Third Cause of Action Plaintiff Douglas Gordon is awarded judgment in his favor and against Defendant DriveSentry, Inc. in the principal amount of $100,000.00; and is further awarded judgment for unpaid and accrued interest on said principal amount of $100,000.00 to be calculated at the contract rate of 8% per annum commencing on June 25, 2007 through the date of payment thereof.

   D.  On the Fourth Cause of Action Plaintiff Alan E. Jones is awarded judgment in his favor and against Defendant DriveSentry, Inc. in the principal amount of $734,210.00; and is further awarded judgment for unpaid and accrued interest on said principal amount of $734,210.00 to be calculated at the contract rate of 8% per annum commencing on July 1, 2008 through the date of payment thereof.

  2.  Plaintiffs are entitled to enforce the money judgments awarded herein in accordance with law and pursuant to the loan and security agreements between the Plaintiffs and DriveSentry and the security interests granted by DriveSentry, Inc. therein to the Plaintiffs, and to take possession of and foreclose or otherwise execute against the collateral described and pledged in the loan and security agreements, all in accordance with applicable law.

The undersigned, constituting all of the Parties to the above-captioned action, do hereby consent to and respectfully request the entry of this Consent Order and Judgment this _____ day of May, 2014.

For Plaintiffs:

/s/ Alan E. Jones
Alan E. Jones

/s/David Birchenall
David Birchenall

/s/ Douglas Gordon
Douglas Gordon

BAYARD, P.A.

Ashley Stitzer
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000

NORTON & ASSOCIATES, LLC
8 West 40th Street, 12th Floor
New York, NY 10018
Telephone: 212-2970100

By: /s/ Michael E. Norton
(Admitted Pro Hac Vice)

*Attorneys for Plaintiffs*

For Defendant:

DriveSentry, Inc.

By: _____
Name: Michael Maurice
Title: Chief Operating Officer

SO ORDERED:

_____
United States District Judge

4